# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Overstreet, Karen A. | 2. Court or Organization  U.S. Bankruptcy Court - WD Wa | 3. Date of Report  08/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.Bankruptcy Judge-Full time | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 06/30/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Stewart St., Rm. 7216
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judicial Liaison | CENTS (Consumer Education and Training Services), 501(c)(3) entity |
| 2. Member, Limited Liability Company | Law's Retreat, LLC |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014-2015 | Salaried attorney-contract partner - Davis Wright Tremaine |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwest Bankruptcy Institute, sponsored by Washington and Oregon State Bar Assoc. | 4/25/14 | Seattle, WA | Speaker at annual bankruptcy conference | registration, meals |
| 2. | Northwest Bankruptcy Institute, sponsored by Washington and Oregon State Bar Assoc. | 4/30-5/2/15 | Portland, OR | Speaker at annual bankruptcy conference | registration, meals, lodging and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM Common Stock | C | Div | L | T | | | | | |
| 2. Microsoft Common Stock | E | Dividend | O | T | | | | | |
| 3. USAA Tax Exempt Money Market Fund | A | Dividend | K | T | | | | | |
| 4. Black Rock Global Allocation Fund (formerly Merrill Lynch) | A | Dividend | L | T | | | | | |
| 5. Brandes International Fund | | None | N | T | | | | | |
| 6. AT&T Common Stock | C | Dividend | L | T | | | | | |
| 7. USAA G&I Fund #1 | A | Dividend | K | T | | | | | |
| 8. Gravina Island Partnership | | None | J | V | | | | | |
| 9. USAA G&I Fund #2 | A | Dividend | K | T | | | | | |
| 10. Alaska Power & Telephone Common Stock/ Appraisal 12/31/08 | B | Dividend | L | Q | | | | | |
| 11. PIMCO Total Return Fund | | None | O | T | | | | | |
| 12. Comcast Capital Corp. Common Stock | A | Dividend | K | T | | | | | |
| 13. Fundamental Investors Fund | | None | O | T | | | | | |
| 14. Tamarack FDS Prime (formerly Great Hall,UTS EF Hutton #8398) | A | Dividend | J | T | | | | | |
| 15. Tamarack FDS Prime (formerly Great Hall Invst FDR) | A | Dividend | J | T | | | | | |
| 16. Allez PhysiOnix Ltd. Common stock | | None | J | T | | | | | |
| 17. Washington Health Care- Group Health Bonds | B | Interest | | | Sold | 11/03/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Levelland TX Cons ISD GO Bonds | B | Interest | | | Sold | 02/18/14 | K | A | |
| 19. Goldman Sachs Small Cap Valuefund | | None | M | T | | | | | |
| 20. T Rowe Price Mid Cap Value | | None | M | T | | | | | |
| 21. King County WA Rural GO | B | Interest | | | Sold | 07/17/14 | L | A | |
| 22. Bristol Myers Squibb | B | Dividend | | | Sold | 01/03/14 | K | C | |
| 23. Aston Optimum Mid cap (formerly ABN AMRO Midcap) | A | Dividend | K | T | | | | | |
| 24. Artisan International Fund | A | Dividend | J | T | | | | | |
| 25. Harbor Cap MF | A | Dividend | K | T | | | | | |
| 26. Puget Sound Bank | A | Interest | L | T | | | | | |
| 27. Schwab Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 28. Port of Seattle Revenue Ref Intermediate Lien | A | Interest | | | Sold | 07/17/14 | K | A | |
| 29. Pierce County WA #1 GO | A | Interest | | | Sold | 07/17/14 | K | A | |
| 30. Renton WA GO | A | Interest | | | Sold | 07/17/14 | K | A | |
| 31. Cowlitz County WA Pub Utility District #1 | B | Interest | | | Redeemed | 09/02/14 | J | A | |
| 32. Alaska Mun Bd Bk AkGO | A | Interest | | | Sold | 02/18/14 | K | A | |
| 33. Klickitat Cnty WA PUD #1 | B | Interest | K | T | | | | | |
| 34. Port Everett Wash Rev | A | Interest | | | Sold | 07/17/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Snohomish Cnty Wash School Dist GO | A | Interest | | | Sold | 07/17/14 | K | A | |
| 36. Ishares MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 37. North Thurston Public Schools WASH G/O (KO Rollover) | B | Interest | | | Sold | 07/17/14 | L | A | |
| 38. Snohomish County WA School Distr. Everett G/O RFDG | A | Interest | | | Sold | 07/17/14 | K | A | |
| 39. Ishares Core S&P ETF (Midcap), formerly Ishares S&P Midcap | A | Dividend | L | T | | | | | |
| 40. Ishares S&P Small Cap | A | Dividend | M | T | | | | | |
| 41. Ishares S&P TR Dow Jones US Real Estate | A | Dividend | K | T | | | | | |
| 42. Ishares Core S&P ETF (500), frmy Ishares Trust S&P 500 Index | A | Dividend | K | T | | | | | |
| 43. Central Puget Sound GO Regl Trans. Auth. (DR) | B | Interest | | | Sold | 07/17/14 | L | A | |
| 44. Wash State Various Purp GO BUS 2009 A (DR) | B | Interest | L | T | | | | | |
| 45. King County Wash Pub Trans Sales Tax Bus 2004 (DR) | B | Interest | K | T | | | | | |
| 46. King County Limited Sewer G/O 2009 | C | Interest | M | T | | | | | |
| 47. Tacoma WA Solid Waste Water/Sewer 2006B | B | Interest | | | Sold | 07/17/14 | K | A | |
| 48. King County Limited Tax G/O Sewer 2008 (Essential Service) | B | Interest | L | T | | | | | |
| 49. Central Puget Sound Regl Sound Transit 2007A | B | Interest | | | Sold | 07/17/14 | L | A | |
| 50. IShares EMRG Mkt Fd (Sonata) | A | Dividend | K | T | | | | | |
| 51. IShares Russell 1000 Val (Sonata) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merck & Co | B | Dividend | | | Sold | 01/02/15 | K | D | |
| 53. New Economy Fund SB/Class A | A | Int./Div. | K | T | | | | | |
| 54. AT&T, Inc. | B | Dividend | K | T | Sold (part) | 01/02/15 | J | A | |
| 55. American Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 56. Altria Group, Inc. | A | Dividend | | | Sold | 04/21/14 | K | D | |
| 57. Dow Chemical | A | Dividend | K | T | | | | | |
| 58. Verizon Communications, Inc. | B | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 59. | | | | | Sold (part) | 01/02/15 | J | B | |
| 60. Southern Co. | A | Dividend | | | Sold | 01/03/14 | K | D | |
| 61. PS Business Parks, Inc. | B | Interest | K | T | | | | | |
| 62. American Mutual Fund, Inc. | A | Dividend | K | T | | | | | |
| 63. Capital World Growth & Income Fund Class A | A | Dividend | K | T | | | | | |
| 64. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 65. Fundamental Investors, Inc. | A | Dividend | K | T | | | | | |
| 66. New World Fund Inc. | A | Dividend | K | T | | | | | |
| 67. New Economy Fund SBI | A | Dividend | J | T | | | | | |
| 68. New Perspective Fund, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SmallCap World Fund, Inc. | A | Dividend | J | T | | | | | |
| 70. ConocoPhillips-COP (Dain) | B | Dividend | K | T | Sold (part) | 01/02/15 | J | A | |
| 71. Canadian Imperial Bank | B | Interest | K | T | | | | | |
| 72. EPR Properties/Entertainment Properties Trust-EPR.C | C | Dividend | L | T | | | | | |
| 73. Kinder Morgan Inc. | B | Dividend | K | T | Sold (part) | 01/03/15 | K | A | |
| 74. Intel Corp. | B | Dividend | | | Sold | 08/22/14 | L | E | |
| 75. Duke Energy Corp. | B | Dividend | | | Sold | 01/02/15 | K | D | |
| 76. Westcore Growth Fund (Sonata) | A | Dividend | J | T | | | | | |
| 77. Westport Fund Class R (Sonata) | A | Dividend | K | T | | | | | |
| 78. Sound Shore Fund, Inc. (Sonata) | A | Dividend | K | T | | | | | |
| 79. Mainstay ICap Select EQ (Sonata) | A | Dividend | K | T | | | | | |
| 80. IShares Russell 1000 Growth (Sonata) | A | Dividend | J | T | | | | | |
| 81. New York, NY GO UTX 3% (Sonata) | B | Interest | K | T | | | | | |
| 82. New York, NY GO UTX 3.75% (Sonata) | A | Interest | K | T | | | | | |
| 83. Austin, TX GO LTX 3% (Sonata) | B | Interest | K | T | | | | | |
| 84. Baron Small Cap Institutional Index (JAR Ret) | | None | J | T | | | | | |
| 85. Columbia TR Focused Large Cap (JAR Ret) | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. New York, NY GO TX (Sonata) 3.75% | A | Interest | | | Redeemed | 08/01/14 | J | A | |
| 87. Galliard Retirement Income Fund (JAR Ret) | | None | M | T | | | | | |
| 88. Invesco International Growth Eq TR (JAR Ret) | | None | J | T | | | | | |
| 89. Vanguard Institutional Index (JAR Ret) | | None | N | T | | | | | |
| 90. Ivy Mid Cap Growth 1 (JAR 401k) | | None | M | T | | | | | |
| 91. Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 92. Vanguard Global ex-US Real Estate Index | A | Dividend | J | T | | | | | |
| 93. Vanguard REIT Index Fund | A | Dividend | K | T | | | | | |
| 94. Vanguard US Growth Fund | | None | K | T | | | | | |
| 95. Macdonald's Corp. | B | Dividend | K | T | Buy | 01/03/14 | K | | |
| 96. | | | | | Sold (part) | 01/02/15 | J | A | |
| 97. Eli Lilly | B | Dividend | K | T | Buy | 01/03/14 | K | | |
| 98. | | | | | Sold (part) | 01/05/15 | K | D | |
| 99. Lockheed Martin | B | Dividend | | | Buy | 01/03/14 | K | | |
| 100. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 101. | | Dividend | | | Sold | 01/05/15 | K | D | |
| 102. Flathead County 2% GO | A | Interest | K | T | Buy | 08/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. N. Salt Lake City | A | Interest | K | T | Buy | 12/02/14 | K | | |
| 104. Morgan Stanley Cap Trust 5.75% | B | Dividend | K | T | Buy | 07/17/14 | K | | |
| 105. | | | | | Buy (add'l) | 09/22/14 | K | | |
| 106. Eaton Vance Mut FDS Floating Rate | B | Interest | L | T | Buy | 07/17/14 | L | | |
| 107. Claymore Exchange-Guggenheim Bullet | C | Interest | L | T | Buy | 07/17/14 | L | | |
| 108. Barclays | A | Dividend | K | T | Buy | 07/17/14 | K | | |
| 109. | | | | | Buy (add'l) | 09/22/14 | K | | |
| 110. American Funds-High Inc. Mun. Bonds | D | Interest | M | T | Buy | 07/17/14 | M | | |
| 111. American Funds Developing World G&I | A | Dividend | L | T | Buy | 07/17/14 | L | | |
| 112. Chevron | B | Dividend | K | T | Buy | 08/22/14 | K | | |
| 113. CISCO | B | Dividend | K | T | Buy | 08/22/14 | K | | |
| 114. General Electric | A | Dividend | K | T | Buy | 12/31/14 | K | | |
| 115. Occidental Petroleum Corp. | A | Dividend | K | T | Buy | 12/31/14 | K | | |
| 116. Pfizer Inc. | A | Dividend | K | T | Buy | 12/31/14 | K | | |
| 117. Metlife Corp. | A | Dividend | K | T | Buy | 01/09/15 | K | | |
| 118. CSpan Corp 8.25% Preferred | B | Dividend | K | T | Buy | 01/09/15 | K | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Overstreet, Karen A. | 08/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Overstreet, Karen A. | 08/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Alaska Power & Telephone stock was appraised on 12/31/11 at $21.13 per share.

Family, LLC has no reportable assets at this time which are held as investments or for the production of income.

Gravina Island Partnership:  Karen Overstreet Date:  1/90  Cost:  $41
    Date:  1/90  Cost:  $59

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen A. Overstreet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544